**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM–FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2873 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –149)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 461 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 23, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                               MDL No. 2873

### SCHEDULE CTO–149 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 23–05205 | Klass et al v. 3M Company et al |
| MASSACHUSETTS | | | |
| MA | 1 | 23–11675 | Town of Kingston v. The 3M Company et al |
| MA | 1 | 23–11677 | Town of Wrentham v. The 3M Company et al |
| NEW JERSEY | | | |
| NJ | 1 | 23–04069 | TOWNSHIP OF FLORENCE v. 3M COMPANY et al |
| NJ | 2 | 23–04066 | EISELE et al v. 3M COMPANY et al |
| NJ | 3 | 23–04067 | TOWN OF CLINTON v. 3M COMPANY et al |
| NEW YORK NORTHERN | | | |
| NYN | 8 | 23–00932 | Town of Plattsburgh v. The 3M Company et al |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 23–06527 | City of Mackinac Island v. 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al |
| NYS | 7 | 23–06547 | Village of Maybrook v. The 3M Company et al |
| NYS | 7 | 23–06582 | City of Swanville v. The 3M Company et al |
| NYS | 7 | 23–06609 | Brunswick Regional Water and Sewer H2GO v. The 3M Company et al |
| NYS | 7 | 23–06689 | Willingboro Municipal Utilities Authority v. The 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al |
| NYS | 7 | 23–06722 | City of Kannapolis v. The 3M Company et al |
| NYS | 7 | 23–06726 | City of Robbinsdale v. The 3M Company et al |
| NYS | 7 | 23–06766 | City of Sheffield v. The 3M Company et al |
| NYS | 7 | 23–06770 | Village of Beverly v. The 3M Company et al |
| NYS | 7 | 23–06825 | City of Waite Park v. The 3M Company et al |
| NYS | 7 | 23–06835 | City of Plainview v. The 3M Company et al |
| NYS | 7 | 23–06865 | City of Maysville Utility Department v. The 3M Company et al |
| NYS | 7 | 23–06869 | Adams Waterworks v. The 3M Company et al |
| NYS | 7 | 23–06938 | And–Tro Water Authority v. The 3M Company et al |
| NYS | 7 | 23–07002 | |

|     |   |           |                                                              |
|-----|---|-----------|--------------------------------------------------------------|
|     |   |           | Bearcreek Municipal Water System v. The 3M Company et al     |
| NYS | 7 | 23–07039  | Colfax Water Supply v. The 3M Company et al                  |

NEW YORK WESTERN

| NYW | 1 | 23–00791 | Village of Westfield v. The 3M Company et al |
| NYW | 1 | 23–00792 | Country Village Mobile v. The 3M Company et al |
| NYW | 6 | 23–06442 | Town of Palmyra v. The 3M Company et al |

NORTH CAROLINA EASTERN

| NCE | 5 | 23–00434 | City of Goldsboro v. 3M Company et al |

NORTH CAROLINA MIDDLE

| NCM | 1 | 23–00667 | CITY OF HAMLET v. 3M COMPANY et al |

TEXAS NORTHERN

| TXN | 4 | 23–00838 | The State of Texas v. 3M Company et al |

WISCONSIN EASTERN

| WIE | 2 | 23–01025 | Milwaukee Metropolitan Sewerage District v. 3M Company et al |